■ In the Matter of ROBERT E. TROMBLEY, JR., Respondent, v KRISTIN S. PAYNE, Appellant. (Appeal No. 1.) [40 NYS3d 334]— Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 2, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, directed respondent to pay a fine for three separate events constituting civil contempt.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Trombley v Payne* ([appeal No. 2] 144 AD3d 1551 [2016]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.